IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **KACY FLANAGAN AND JOHNNY FLANAGAN, AS NEXT FRIENDS OF JANE DOE, A MINOR** | § § § § | |
| **Plaintiffs,** | § § | |
| V. | § § | Civil Action No. 4:20-cv-00669-SDJ |
| **PLANO INDEPENDENT SCHOOL DISTRICT** | § § § § | |
| **Defendant.** | § § | |

## DEFENDANT'S NOTICE OF DISCLOSURES

Pursuant to Local Rule CV-26(c) and this Court's Order [Dkt. 7], Defendant Plano ISD provides this notice that it provided its initial disclosures required under FRCP 26(a)(1) to Plaintiffs' counsel on November 13, 2020.

Respectfully submitted,

**ABERNANTHY, ROEDER, BOYD & HULLETT, P.C.**

*/s/ Charles J. Crawford*
Charles J. Crawford
Texas Bar No. 05018900
Lucas C. Henry
State Bar No. 24101901
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Boulevard, Suite 300
McKinney, Texas 75069-1210
Telephone: (214) 544-4000
Facsimile: (214) 544-4040
ccrawford@abernathy-law.com
lhenry@abernathy-law.com

**ATTORNEY FOR DEFENDANT PLANO INDEPENDENT SCHOOL DISTRICT**

## CERTIFICATE OF SERVICE

    I hereby certify that on November 18, 2020 a true and correct copy of Defendant's Notice of Disclosures was served upon Plaintiffs' attorneys by the Court's ECF filing system.

                                                      */s/Charles J. Crawford*
                                                       Charles J. Crawford