IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **KACY FLANAGAN AND JOHNNY FLANAGAN, AS NEXT FRIENDS OF JANE DOE, a Minor,** § § § | | |
| *Plaintiffs,* § | | |
| § | | |
| *v.* § | | CASE NO: 4:20-cv-00669-SDJ |
| § | | |
| **PLANO INDEPENDENT SCHOOL DISTRICT,** § § | | |
| *Defendant.* § | | |

**PLAINTIFFS' NOTICE OF SETTLEMENT**

Plaintiffs Kacy Flanagan and Johnny Flanagan, as Next Friends of Jane Doe, a Minor ("Plaintiffs") file this *Notice of Settlement* and respectfully state to the Court as follows:

1. Plaintiffs and Defendant have reached a settlement agreement in principle relative to all claims and defenses asserted by the parties in this action.

2. The proposed settlement is subject to approval by the Plano ISD Board of Trustees, which is expected to consider same on or about April 20, 2021. If the proposed settlement is approved, the parties expect to finalize same no later than May 31, 2021.

3. The parties will keep the court apprised of any developments in this matter which may arise between the filing of this Notice and dismissal of Plaintiffs' claims.

Respectfully submitted,

By: _____
**Samuel H. Johnson**
State Bar No. 24065507
**JOHNSON & SPARKS PLLC**
7161 Bishop Road, Suite 220
Plano, Texas 75024
972.918.5274 (phone/fax)
sam@johnsonsparks.com
*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2021, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all parties, by and through their attorneys of record by operation of the Court's electronic filing system.

Charles J. Crawford
State Bar No. 05018900
ccrawford@abernathy-law.com
***Counsel for Defendant***

_____
**Samuel H. Johnson**